Exhibit 1

## 002 CJJART





