**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TINA DALE FIVEASH,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04515

Judge Matthew F. Kennelly

Magistrate Judge Jeannice W. Appenteng

**<u>DECLARATION OF TINA DALE FIVEASH</u>**

I, Tina Dale Fiveash, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Tina Fiveash Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a photo-artist working primarily with still and moving-image photography, including anaglyphic (3D) and lenticular forms. I have been practicing photography for more than thirty years and hold a Bachelor of Arts in visual arts as well as a Master of Fine Arts and Doctor of Philosophy, both photography focused. My early work explored cultural taboos around lesbian identity in the 1950s, using wit and irony to subvert traditional narratives. I have received numerous awards over my career, and my work has been exhibited nationally and internationally in galleries, festivals, and public spaces and has

1

appeared on billboards, illuminated displays, book and magazine covers, and in film and television.

4.     I am the official source of products associated with the Tina Fiveash Works (the "Tina Fiveash Products"):



https://tinafiveash.com/fine-art

5.     I am the owner of the copyright registrations for the Tina Fiveash copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-467-925 and VA 2-467-927 (the "Tina Fiveash Works").

6.     Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7.     My goodwill and reputation are irreparably damaged when the Tina Fiveash Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Tina Fiveash copyrighted materials because infringers take away my ability to

2

control the nature and quality of products bearing the Tina Fiveash Works and derivative works.

8.      I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Tina Fiveash Works are meant to be exclusive rights.

9.      The marketing and distribution of the Tina Fiveash Works and derivative works are aimed at growing and sustaining sales. When infringers use the Tina Fiveash Works without authorization, the exclusivity associated with the Tina Fiveash Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

10.      Uncontrolled profiteering and pirating of the Tina Fiveash Works create the impression that the copyright rights associated with the Tina Fiveash Works may be infringed with impunity. The Tina Fiveash Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Tina Fiveash Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Tina Fiveash Works cannot be compensated for financially since it erodes my ability to monetize the Tina Fiveash Works.

11.      I will suffer immediate and irreparable injury, loss, or damage if an injunction is not issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2026.

Tina Dale Fiveash

_____

Tina Dale Fiveash

3