✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 26-cv-04515   DATE FILED 4/22/2026 | USDC- Northern District of Illinois |
| PLAINTIFF<br>Tina Dale Fiveash | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>V. DioGuardi | DATE<br>6/22/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-925

**Effective Date of Registration:**
June 11, 2025
**Registration Decision Date:**
November 25, 2025

## Title
      **Title of Work:**    Twilight Avenue

## Completion/Publication
      **Year of Completion:**    1997
      **Date of 1st Publication:**    May 19, 2011
      **Nation of 1st Publication:**    Australia

## Author
      •    **Author:**    Tina Dale Fiveash
      **Author Created:**    photograph
      **Citizen of:**    Australia

## Copyright Claimant
      **Copyright Claimant:**    Tina Dale Fiveash
      4 Shakespeare St., Campsie, 2194, Australia

## Rights and Permissions
      **Name:**    Tina Dale Fiveash
      **Email:**    tinafiveash@gmail.com
      **Address:**    4 Shakespeare St.
      Campsie 2194 Australia

## Certification
      **Name:**    David Denholm
      **Date:**    June 11, 2025
      **Applicant's Tracking Number:**    TF2025061201

**Correspondence:** Yes



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-927

**Effective Date of Registration:**
June 11, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Twilight Lovers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1994 |
| **Date of 1st Publication:** | May 01, 1996 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| **Author:** | Tina Dale Fiveash |
| **Author Created:** | photograph |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tina Dale Fiveash |
| | 4 Shakespeare St., Campsie, 2194, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tina Dale Fiveash |
| **Email:** | tinafiveash@gmail.com |
| **Address:** | 4 Shakespeare St. |
| | Campsie 2194 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 11, 2025 |
| **Applicant's Tracking Number:** | TF2025061202 |

**Correspondence:**   Yes



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Tina Dale Fiveash

                                                  Plaintiff,

v.                                                                      Case No.:
                                                                        1:26−cv−04515
                                                                        Honorable
                                                                        Matthew F.
                                                                        Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for default judgment [19] is granted. Final Default Judgment Order to follow. All hearing and deadline dates set before this Court are vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ V. DIOGUARDI
DEPUTY CLERK,
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

June 22, 2026